Date signed January 05, 2007



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| **In Re:**<br><br>**Mildred C. Brooks,**<br><br>      **Debtor.** | **Case No.  06-15855PM**<br>**Chapter 13** |
| **Mildred C. Brooks,**<br>      **Movant,**<br>**v.**<br><br>**Navy Federal Credit Union,**<br>      **Respondent.** | |

### MEMORANDUM TO COUNSEL

Upon review of the unopposed Motion to Determine Secured Status of Claim and Modify Rate of Interest, the court requests that counsel file a memorandum with 15 days of the entry of this Memorandum to Counsel setting forth the applicability to this case of 11 U.S.C. § 1325(a) that, in part, provides:

> For purposes of paragraph (5), section 506 shall not apply to a claim described in that paragraph if the creditor has a purchase money security interest securing the debt that is the subject of the claim, the debt was incurred within the 910-day preceding the date of the filing of the petition, and the collateral for that debt consists of a motor vehicle (as defined in section 30102 of title 49) acquired for the personal use of the debtor, or if collateral for that debt consists of any other thing of value, if the debt was incurred during the 1-year period preceding that filing.

cc:    Mildred Cassandra Brooks
         27122 Laurel Court
         Mechanicsville, MD 20659

Edward C. Christman, Jr.
Christman & Fascetta, LLC
810 Gleneagles Court
Suite 301
Towson, MD 21286

Timothy P. Branigan
P.O. Box 1902
Laurel, MD 20725-1902

Navy Federal Credit Union
Nevenka Toro
PO Box 3000
Merrifield, VA  22119

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119

**END OF MEMORANDUM**